IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACOH COMPANY | CASE NO. 3:12-CV-000530-MEJ |
| Plaintiff, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| ANALOG DEVICES, INC. | |
| Defendant. | |

Brent T. Caldwell, whose business address and telephone number is ClearmanPrebeg LLP, 815 Walker Street, Suite 1040, Houston, Texas 77002 713-223-7070

and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing WACOH COMPANY

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 12, 2012

_____
United States District Judge